UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
MAIRA RIVERA,                  )
for her Son and next friend    )
Jimmy Martinez                 )
             Plaintiff,        )
                               )   Civil Action No. 3:09-cv-30235-MAP
MICHAEL J. ASTRUE,             )
Commissioner of Social         )
Security Administration        )
             Defendants,       )
```

ORDER

June 26, 2013

PONSOR, D.J.

    Pursuant to the court's electronic endorsed order of this date remanding this case to defendant. It is hereby ordered that this case be administratively closed.

    It is so ordered.

/s/Michael A. Ponsor
U.S. District Court Judge